O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOHN MARTINEZ,                           )   NO. CV 12-00809-MAN
                                         )
                Plaintiff,               )
                                         )   JUDGMENT
        v.                               )
                                         )
CAROLYN W. COLVIN,[1]                     )
Acting Commissioner of Social            )
Security,                                )
                                         )
                Defendant.               )
_____)

        Pursuant to the Court's Memorandum Opinion and Order,


        IT  IS  ADJUDGED  that  the  decision  of  the  Commissioner  of  the  Social  Security

Administration is affirmed and the above-captioned action is dismissed with prejudice.


DATED:  October 30, 2013                 *Margaret A. Nagle*

                                         _____
                                         MARGARET A. NAGLE
                                         UNITED STATES MAGISTRATE JUDGE

_____

[1]     Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration
on February 14, 2013, and is substituted in place of former Commissioner Michael J. Astrue as the
defendant in this action.  (See Fed. R. Civ. P. 25(d).)